Mark R. Cuker, Esq.
Joseph Alan Venti, Esq.
WILLIAMS CUKER BEREZOFSKY, LLC
Woodland Falls Corporate Center
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002-1163
Phone: 856-667-0500
Fax: 856-667-5133
Email: mcuker@wcblegal.com
joeventi@wcblegal.com          *Co-counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID BELBIN, et al., | CIVIL ACTION |
| Plaintiffs | |
| | 1:13-05583-RBK-KMW |
| v. | |
| | (Master Docket No. 13-cv-784) |
| CONSOLIDATED RAIL CORPORATION, et al., | **Return Date: Dec. 16, 2013** |
| Defendants. | |

### PLAINTIFFS' RENEWED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

TO: Brian Pagano, Esq.
    BURNS WHITE LLC
    51 Haddonfield Road, Suite 140
    Cherry Hill, NJ 08002-4803

**PLEASE TAKE NOTICE** that, on December 16, 2013, the undersigned, Joseph Alan Venti, Esq., of the firm Williams Cuker Berezofsky, LLC, counsel for Plaintiffs, shall make application before the United States District Court for the

District of New Jersey pursuant to Local Court Rule 5.3 for an Order granting Plaintiffs leave to file under seal unredacted versions of the Memorandum of Law (ECF No. 16-1) and the Certification of Mark R. Cuker, Esq. (ECF No. 16-2), both submitted in support of their Motion to Remand Proceedings to the Superior Court of Gloucester County, New Jersey (ECF No. 16).  In support of this Motion, the undersigned shall rely upon the attached Declaration of Joseph Alan Venti, Esq. and appended exhibit.  A proposed form of Order is attached.  Unredacted versions of the confidential materials are being filed under seal contemporaneous with this Motion, pursuant to Local Rule 5.3(c)(3).

**PLEASE TAKE FURTHER NOTICE** that the within application is made upon the papers, and unless counsel for Defendants otherwise object, no oral argument is requested.

Respectfully:

WILLIAMS CUKER BEREZOFSKY LLC
*Counsel for Plaintiffs*


BY:  /s/ Joseph Alan Venti
     JOSEPH ALAN VENTI, ESQ.

Date: November 18, 2013